RECEIVED

APR 2 1 2017

BY MAIL

**FILED**

APR 2 1 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

4:09CR 509-JCH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JAMES DOUGLAS CASSITY,

      Defendant.

DEFENDANT JAMES DOUGLAS CASSITY'S REPLY TO UNITED
STATES OF AMERICA'S RESPONSE TO ERRONEOUS FILING
BY UNKNOWN THIRD PARTY OF DOCUMENTS WITH THE THIS
COURT ON APRIL 10, 2017.

    COMES NOW JAMES DOUGLAS CASSITY and states that he did not file, nor cause to be filed, with this Court a copy of his "Request for Recommendation for Compassionate Release" (the Request) on April 10, 2017. This Defendant filed said Request with the Warden of the Marion Federal Prison on January 17, 2017. To the best of this Defendant's knowledge said Request is presently being processed and evaluated by the Warden and the Bureau of Prisons (BOP). This Defendant was advised on April 4, 2017 that the BOP, as a part of said process, was referring certain questions to the U.S. Probation and Parole in St. Louis. This Defendant speculates that the U.S. Probation office forwarded a copy of this Defendant's Request to the Court. Wherefore, this Defendant, replies as follows:

    1. The copy of the Request was not filed with the Court by this Defendant.

    2. The erroneous forwarding of correspondence to the Court by an unknown third party should not be treated as a motion for Compassionate Release filed by this Defendant nor should a "Motion to Reduce Sentence" be scheduled.

    3. This Defendant is aware that only the BOP, not this Defendant, has standing to file a motion with this Court for this Defendant's Compassionate Release. This Defendant has followed proper procedures to present his Request to the Warden for the Warden's recommendation and this Defendant's Request should not be prejudiced by an unknown third party's erroneous filing, without this Defendant's knowledge or permission, of the Request with this Court.

    WHEREFORE, this Defendant prays that that the April 10, 2017 document not be treated as a motion of any kind by any party and be stricken from the official record of the Court.

Dated: April 18, 2017

Respectfully submitted,

James Douglas Cassity
Defendant, Pro Se
Reg. # 02005-045
Box 1000
Marion, Il., 62959