IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:09-CR-00509 JCH |
| RANDALL K. SUTTON; ET AL., | ) ) |
| Defendants. | ) ) |

## ENTRY OF APPEARANCE AND
## MOTION FOR LEAVE TO WITHDRAW ATTORNEY

Larry S. Pozner, of the law firm Reilly Pozner LLP, hereby enters his appearance on behalf of Jo Ann Howard and Associates, P.C., in its capacity as the duly appointed Special Deputy Receiver of National Prearranged Services, Inc., Lincoln Memorial Life Insurance Company, and Memorial Service Life Insurance Company (the "SDR").

Further, Larry Pozner moves for the withdrawal of Wendy Fisher, formerly of Reilly Pozner LLP, as counsel of record for the SDR.

Dated this 10th day of April, 2018.

Respectfully submitted,

*s/ Larry S. Pozner*
Larry S. Pozner, E.D. Missouri Bar No. 2792CO
Reilly Pozner LLP
1700 Lincoln Street, Suite 3400
Denver, CO 80203
Telephone: (303) 893-6100; Facsimile: (303) 893-6110
E-mail:  lpozner@rplaw.com

Attorney for Jo Ann Howard and Associates, P.C., in its capacity as Special Deputy Receiver of Lincoln Memorial Life Insurance Company, Memorial Service Life Insurance Company, and National Prearranged Services, Inc.

2179033

## **CERTIFICATE OF SERVICE**

      The undersigned counsel hereby certifies that on this 10th day of April, 2018, a copy of the foregoing was filed electronically with the Clerk of the Court and served by operation of the Court's CM/ECF system upon all counsel of record in this case.

                                      *s/ Larry S. Pozner*
                                      Larry S. Pozner
                                      Attorney for Special Deputy Receiver